UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY GILLEY and ESTTER LOTT,<br><br>        Plaintiffs,<br><br>vs.<br><br>A-PLUS COMMUNITY SOLUTIONS, INC. and LARRY J. MORROW,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-2020-MHS |

## **DEFAULT JUDGMENT**

The defendants, A-Plus Community Solutions, Inc. and Larry J. Morrow, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, the Honorable Marvin H. Shoob, United States District Judge, by order of January 15, 2013, having directed that judgment issue in favor of plaintiffs and against the defendants, it is hereby

ORDERED AND ADJUDGED, that the plaintiff, Mary Gilley, recover $27,932.88 from defendants and plaintiff, Estter Lott, recover $35,330.14 from defendants, plus interest at the applicable rate.

Dated at Atlanta, Georgia this 19th day of February, 2013.

                              JAMES N. HATTEN
                              CLERK OF COURT

                    By:    s/ James Jarvis
                              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   February 19, 2013
James N. Hatten
Clerk of Court


By:   s/ James Jarvis
        Deputy Clerk